IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:26-cv-00801-ZMB


AUGUST IMAGE, LLC,

     Plaintiff,

v.

DIVINE, A BOUTIQUE MEDSPA, LLC,

     Defendant.

---

## NOTICE OF SETTLEMENT

Plaintiff August Image, LLC  ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties have finalized a written settlement agreement and anticipate filing a notice of dismissal with prejudice within the next thirty (30) days, and ask that the Court stay any intervening deadlines/cancel any upcoming hearings to allow the parties to complete the terms of their settlement.


Dated: July 14, 2026.          COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


/s/ Daniel DeSouza
Daniel DeSouza, Esq.