IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:26-cv-00801-ZMB

AUGUST IMAGE, LLC,

      Plaintiff,

v.

DIVINE, A BOUTIQUE MEDSPA, LLC,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff August Image, LLC ("Plaintiff") voluntarily dismisses the above-captioned action with prejudice with each party to bear its own attorneys' fees and costs.

Dated: July 28, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com


By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


/s/ Daniel DeSouza

Daniel DeSouza, Esq

2

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228