UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AUGUST IMAGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-801-ZMB |
| | ) | |
| DIVINE, A BOUTIQUE MEDSPA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL ORDER**

In light of Plaintiff August Image, LLC's Notice of Voluntary Dismissal with Prejudice,

Doc. 16, the Court directs the Clerk of Court to close this case, *see* FED. R. CIV. P. 41(a)(1)(A)(i).

So ordered this 28th day of July 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE